```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**JOE ANN FLOYD**                                                                        **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:03-cv-317WHB-AGN**

**PROTECTIVE LIFE INSURANCE COMPANY**                     **DEFENDANT**

### O R D E R

On December 27, 2005, the undersigned executed a Show Cause Order requiring Plaintiff to show good cause no later than January 20, 2006, why this matter should not be dismissed for failure to prosecute. That Order warned that should no cause be shown this matter would be dismissed without further notice. Plaintiff has not responded to the December 27, 2005, Order.

IT IS THEREFORE ORDERED that this matter is hereby dismissed without prejudice.

SO ORDERED this the 27th day of January, 2006.

                                                            <u>s/William H. Barbour, Jr.</u>
                                                            UNITED STATES DISTRICT JUDGE